THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUND ELECTRICAL WORKERS HEALTHCARE TRUST, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FARGO ELECTRICAL, INC., *et al.*, <br><br> Defendants. | CASE NO. C21-1051-JCC <br><br> MINUTE ORDER |

  The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

  This matter comes before the Court on the stipulated notice of dismissal of Defendant RLI Insurance Company. (Dkt. No. 12). Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides that a "plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Here, the parties nevertheless request that the Court enter a proposed order filed with their stipulation. (*See* Dkt. No. 12 at 3.)

  Although Rule 41 governs dismissal of an "action," the Ninth Circuit has held that a "plaintiff may dismiss some or all of the defendants . . . through a Rule 41(a)(1) notice." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Here it appears that the parties have stipulated to dismissing all claims against Defendant RLI Insurance Company and the stipulation

is signed by all parties who have appeared. (*See* Dkt. No. 12 at 2.) Thus, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the stipulation is self-executing.

Pursuant to the parties' stipulation, Plaintiff's fourth cause of action against Defendant RLI Insurance Company is dismissed without prejudice and Plaintiff's fifth cause of action against Defendant RLI Insurance Company is dismissed with prejudice. Each party is to bear its own attorney fees and costs.

DATED this 4th day of October 2021.

Ravi Subramanian<br>
Clerk of Court<br>
<br>
s/Sandra Rawski<br>
Deputy Clerk