Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PUGET SOUND ELECTRICAL WORKERS HEALTHCARE TRUST; PUGET SOUND ELECTRICAL WORKERS PENSION TRUST; PUGET SOUND ELECTRICAL WORKERS 401(k) SAVINGS PLAN TRUST; and PUGET SOUND ELECTRICAL JOINT APPRENTICESHIP AND TRAINING TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>FARGO ELECTRICAL, INC., a Washington corporation; RAYMOND RESTREPO, an individual and a/k/a RAYMOND PARSON a/k/a CLAYTON GRIFFIN a/k/a DAVID PARSONS a/k/a RAYMOND PARSONS a/k/a RAYMOND JOSEPH PARSONS a/k/a JOSEPH PARSONS; and RLI INSURANCE COMPANY, an Illinois corporation,<br><br>Defendants. | Case No. 2:21-cv-01051-JCC<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

This matter is before the Court on the motion of Plaintiffs for an order of dismissal under Fed. R. Civ. P. 41(a)(2) as the remaining Parties have settled this matter. In addition to seeking an order of dismissal, Plaintiffs seek the Court's retention of ancillary jurisdiction to enforce the terms of the Parties' settlement, which includes an installment payment plan, personal guaranty, and

ORDER OF DISMISSAL – 1
2:21-cv-01051-JCC

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

confession of judgment covering delinquent fringe benefit contributions alleged as owed under ERISA.

The Court has reviewed the motion, as well as the pleadings, files, and court records in this matter. Being otherwise fully advised, the Court FINDS:

1. Defendants Fargo Electrical, Inc. and Raymond Restrepo have not appeared in this matter and have not answered the Complaint;

2. Per the allegations contained in the Complaint, this dispute concerns delinquent fringe benefit contributions allegedly owed by Fargo Electrical, Inc. and Raymond Restrepo under ERISA; and

3. The Court has exclusive jurisdiction over claims for delinquent fringe benefit contributions under ERISA, 29 U.S.C. §1132(e)(1).

Based on the above findings, as well as the pleadings, files, and court records in this matter, the Court also ORDERS:

1. Plaintiffs' motion is GRANTED;

2. The Court retains jurisdiction to enforce payment of the delinquent fringe benefit contributions under ERISA through the Parties settlement agreement, including the installment payment plan, personal guaranty, and confession of judgment. *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375, 381, 114 S.Ct. 1673, 1677, 128 L.Ed.2d 391 (1994); and

3. The Clerk of Court is directed to close the case.

DATED this 17th day of November 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL – 2
2:21-cv-01051-JCC